LOCKE LORD LLP
44 Whippany Road, Suite 280
Morristown, New Jersey 07960
Tel: (973) 520-2300
Fax: (888) 325-9702
*Attorneys for Defendant Devils Arena*
*Entertainment LLC*

| | |
|---|---|
| JOSEPHINE GUZMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>v.<br><br>DEVILS ARENA ENTERTAINMENT LLC,<br><br>    Defendant, | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 2:16-CV-01984-JLL-JAD<br>Hon. Jose L. Linares<br>Hon. Joseph A. Dickson<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

To:  All Counsel of Record

**PLEASE TAKE NOTICE** that Defendant Devils Arena Entertainment LLC ("DAE") will move before the Hon. Jose L. Linares, U.S.D.J. on Monday, June 20, 2016, at 10 o'clock in the forenoon, or as soon thereafter as counsel may be heard, for an Order granting DAE's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and Rule 12(b)(6) for failure to state a claim, or, in the alternative, granting its Motion to Strike the Class Action Allegations pursuant to Rule 12(f).

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, DAE shall rely on the Memorandum of Law and Declaration of Elissa J. Glasband, Esq., together with corresponding exhibits, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed for of Order is submitted with this motion.

Dated: May 24, 2016                                                      Respectfully Submitted,

*/s/ Elissa J. Glasband*
Elissa J. Glasband, Esq.
LOCKE LORD LLP
44 Whippany Road, Suite 280
Morristown, New Jersey 07960
Tel: (973) 520-2385
Fax: (888) 325-9033
Lisa.Glasband@lockelord.com
*Attorneys for Defendant Devils Arena Entertainment LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 24 2016, I electronically filed the attached Notice of Motion with the clerk of the Court by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

>　*/s/ Elissa J. Glasband*
>　Elissa J. Glasband, Esq.
>　LOCKE LORD LLP
>　44 Whippany Road, Suite 280
>　Morristown, New Jersey 07960
>　Tel: (973) 520-2385
>　Fax: (888) 325-9033
>　Lisa.Glasband@lockelord.com
>　*Attorneys for Defendant Devils Arena*
>　*Entertainment LLC*